**Petition Denied and Memorandum Opinion filed August 30, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00532-CV

_____

## IN RE ROBERT PRIMO, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-68391**

## MEMORANDUM OPINION

On June 19, 2013, relator Robert Primo filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County, to vacate five orders. Relator also filed an emergency motion for temporary relief and stay.

On July 16, 2013, we denied the petition, in part, and granted the motion for temporary relief and stay pending consideration of the remaining orders.

Primo has not established that the May 9, 2013 order denying Primo's motion to compel was a clear abuse of discretion. Accordingly, Primo has not established that he is entitled to mandamus relief with respect to the May 9, 2013 order denying Primo's motion to compel.

The June 10, 2013 order addressed discovery of Primo's net worth information in connection with the real party in interest's claim for exemplary damages. After the petition for writ of mandamus was filed, the real party in interest nonsuited the claim for exemplary damages. In light of this nonsuit, discovery of net worth information is not warranted and mandamus is denied with respect to the June 10, 2013 order.

As to the June 10, 2013 severance order, the mandamus record submitted to this court is insufficient to determine whether the trial court abused its discretion because the record does not contain the motion for severance. *See* Tex. R. App. P. 52.3(k)(1). Accordingly, Primo has not established on this record that he is entitled to mandamus relief from the June 10, 2013 severance order.

In light of the denial of mandamus relief with respect to the June 10, 2013 severance order, all other requested relief is denied.

We therefore ORDER that our stay of proceedings in trial court cause number 2012-68391, styled *Scott Rothenberg v. Robert Primo*, is lifted.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and Busby.